[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1009

SMITH-BARNEY, INC.,

Plaintiff, Appellee,

v.

URSULA EKINCI,

Defendant, Appellee.


STANLEY A. TEITLER, P.C.,

Defendant, Appellant.


APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. D. Brock Hornby, U.S. District Judge] 



Before

Selya, Circuit Judge, 
Bownes, Senior Circuit Judge, 
and Boudin, Circuit Judge. 



Stanley A. Teitler, Stanley A. Teitler, P.C. and Scott Goldstein 
on brief for appellant Stanley A. Teitler, P.C.
Andrew M. Horton and Verrill & Dana on brief for appellee Smith 
Barney, Inc.
Douglas F. Jennings on brief for appellee Ursula Ekinci. 



JUNE 18, 1997


Per Curiam. Upon careful consideration of the parties' 

briefs and the record, we find appellant's contentions to be

without merit. The district court's order correctly

explained the validity and priority of the competing claims.

Smith Barney, Inc. v. Ekinci, 937 F.Supp. 59 (D. Me. 1996). 

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-